**Anton FANTROY, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 100990**

Missouri Court of Appeals, Eastern District, *DIVISION ONE.*

Filed: February 24, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied April 20, 2015

Application for Transfer Denied June 30, 2015

Andrew Zleit, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for appellant.

Jennifer Rodewald, P.O. Box 899, Jefferson City, Missouri 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J. and Lisa S. Van Amburg, J.

## ORDER

### PER CURIAM

Anton Fantroy appeals the judgment of the Circuit Court of the City of St. Louis denying his Rule 29.15 motion for post-conviction relief. We affirm the motion court's judgment.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).